B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**City of Hillview, Kentucky** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**61-0881835** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**Hillview City Office**<br>**283 Crestwood Lane**<br>**Louisville, KY**          ZIP Code **40229** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bullitt** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
■ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)
**Municipality**

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
   in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

■ Debtor is a tax-exempt organization
   under Title 26 of the United States
   Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
■ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
   of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
   of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
   defined in 11 U.S.C. § 101(8) as
   "incurred by an individual primarily for
   a personal, family, or household purpose."
■ Debts are primarily
   business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
   attach signed application for the court's consideration certifying that the
   debtor is unable to pay fee except in installments. Rule 1006(b). See Official
   Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
   attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
   are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
   in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
   there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **City of Hillview, Kentucky** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                           Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **City of Hillview, Kentucky** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Laura Day DelCotto**
Signature of Attorney for Debtor(s)

**Laura Day DelCotto**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**
Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**August 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jim Eadens**
Signature of Authorized Individual

**Jim Eadens**
Printed Name of Authorized Individual

**Mayor**
Title of Authorized Individual

**August 20, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Resolution 2015-27**

A RESOLUTION AUTHORIZING THE MAYOR OF THE CITY OF HILLVIEW TO EXECUTE ALL DOCUMENTS NECESSARY TO INITIATE A RESTRUCTURING OF THE CITY'S DEBTS.

WHEREAS, the City Council, after extensive study and deliberation, has determined that filing for Chapter 9 reorganization would be in the best interests of the City, its creditors, and most importantly, its citizens,

NOW THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF HILLVIEW, KENTUCKY:

SECTION 1:    To preserve the value of the City and to reorganize its indebtedness, the City shall file a voluntary petition for relief pursuant to Chapter 9 of Title 11 of the United States Code and that Jim Eadens, Mayor of the City of Hillview, is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.

SECTION 2:    The City shall retain the services of DelCotto Law Group, PLLC as legal counsel in the Chapter 9 proceedings.

SECTION 3:    The Mayor shall further have the authority to initiate any proceedings to recover debts or damages for the benefit of the City.

Adopted by a vote of ____6____ in favor, ___0___ against, ___0___ abstentions this 17th day of August, 2015.

Votes:

Jo-Ann Wick
Karen Johnson
David Conn
Kim Whitlock
Lisa Boggs
Randall Hill

City Attorney, City of Hillview

Attested to by:

_____          _____
HON. JIM EADENS, MAYOR               KAREN GATHOF, CITY CLERK

APPROVED AS TO FORM AND LEGALITY:

TAMMY R. BAKER
CITY ATTORNEY
295 South Buckman Street
P.O. Box 1158
Shepherdsville, KY 40165
(502)543-1883

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Western District of Kentucky

In re    **City of Hillview, Kentucky**                                    Case No. _____
                                               Debtor(s)        Chapter        **9**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Anthem Dental**<br>**PO Box 202837**<br>**Department 83717**<br>**Dallas, TX 75320** | **Anthem Dental**<br>**PO Box 202837**<br>**Department 83717**<br>**Dallas, TX 75320** | **Insurance** | | **600.00** |
| **Bluegrass Uniforms, Inc.**<br>**132 Chester Court**<br>**Bowling Green, KY 42103** | **Bluegrass Uniforms, Inc.**<br>**132 Chester Court**<br>**Bowling Green, KY 42103** | **Trade debt** | | **1,027.73** |
| **Brad Armstrong Land Surveying, Inc.**<br>**5870 South Preston Highway**<br>**Lebanon Junction, KY 40150** | **Brad Armstrong Land Surveying, Inc.**<br>**5870 South Preston Highway**<br>**Lebanon Junction, KY 40150** | **Services** | | **150,000.00** |
| **Commonwealth Dodge**<br>**6408 Preston Hwy**<br>**Louisville, KY 40219** | **Commonwealth Dodge**<br>**6408 Preston Hwy**<br>**Louisville, KY 40219** | **Trade debt** | | **6,000.00** |
| **Ferguson Waterworks**<br>**3720 Bishop Ln**<br>**Louisville, KY 40218** | **Ferguson Waterworks**<br>**3720 Bishop Ln**<br>**Louisville, KY 40218** | **Trade debt** | | **4,911.00** |
| **Harned Surveying & Engineering**<br>**11815 Robindale Road**<br>**Louisville, KY 40243** | **Harned Surveying & Engineering**<br>**11815 Robindale Road**<br>**Louisville, KY 40243** | **Services** | | **15,000.00** |
| **Kandi Adkinson**<br>**Office of the Secretary of State**<br>**702 Capital Avenue**<br>**Frankfort, KY 40601** | **Kandi Adkinson**<br>**Office of the Secretary of State**<br>**702 Capital Avenue**<br>**Frankfort, KY 40601** | **annexation** | | **145,000.00** |
| **Kentucky Bond Corporation**<br>**380 King's Daughters Drive**<br>**Frankfort, KY 40601** | **Kentucky Bond Corporation**<br>**380 King's Daughters Drive**<br>**Frankfort, KY 40601** | **General Obligation Series 2010A Bonds** | | **1,785,000.00** |
| **Kentucky League of Cities**<br>**PO Box 34108**<br>**Lexington, KY 40588** | **Kentucky League of Cities**<br>**PO Box 34108**<br>**Lexington, KY 40588** | **Trade debt** | | **10,933.89** |
| **Louisville Gas & Electric Company**<br>**PO Box 537108**<br>**Atlanta, GA 30353-7108** | **Louisville Gas & Electric Company**<br>**PO Box 537108**<br>**Atlanta, GA 30353-7108** | **Utility** | | **11,184.80** |

B4 (Official Form 4) (12/07) - Cont.

In re   **City of Hillview, Kentucky**                                          Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Lowe's Commercial Services PO Box 530954 Atlanta, GA 30353-0954** | **Lowe's Commercial Services PO Box 530954 Atlanta, GA 30353-0954** | **Trade debt** | | **661.31** |
| **Mago Construction Company PO Box 669 Bardstown, KY 40004** | **Mago Construction Company PO Box 669 Bardstown, KY 40004** | **Trade debt** | | **100,000.00** |
| **Morton Salt, Inc. 123 North Wacker Drive Chicago, IL 60606-1743** | **Morton Salt, Inc. 123 North Wacker Drive Chicago, IL 60606-1743** | **Trade debt** | | **16,557.28** |
| **Park Community Federal Credit Union 515 W. Market St. #100 Louisville, KY 40229** | **Park Community Federal Credit Union 515 W. Market St. #100 Louisville, KY 40229** | **credit card** | | **1,635.68** |
| **Salt River Electric Company PO Box 247 Florence, KY 41022-0247** | **Salt River Electric Company PO Box 247 Florence, KY 41022-0247** | **Trade debt** | | **1,368.78** |
| **Speedway Super America LLC PO Box 740587 Cincinnati, OH 45274-0587** | **Speedway Super America LLC PO Box 740587 Cincinnati, OH 45274-0587** | **Trade debt** | | **3,400.79** |
| **The Bank of New York Mellon Trust Co 614 West Main Street Suite 2600 Louisville, KY 40202** | **The Bank of New York Mellon Trust Co 614 West Main Street Suite 2600 Louisville, KY 40202** | **General Obligation 2010 Refinancing Bonds** | | **1,390,000.00** |
| **Truck America Training, LLC 364 Ferguson Lane Shepherdsville, KY 40165** | **Truck America Training, LLC 364 Ferguson Lane Shepherdsville, KY 40165** | **Judgment** | | **11,435,259.49** |
| **United Healthcare P.O. Box 1459 Minneapolis, MN 55440-1459** | **United Healthcare P.O. Box 1459 Minneapolis, MN 55440-1459** | **Insurance** | | **10,367.44** |
| **Verizon Wireless Bankruptcy Administration 500 Technology Drive Suite 550 Saint Charles, MO 63304** | **Verizon Wireless Bankruptcy Administration 500 Technology Drive Saint Charles, MO 63304** | **Utilities** | | **630.58** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **City of Hillview, Kentucky**                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Mayor of the Municipality named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 20, 2015**                          Signature   **/s/ Jim Eadens**
_____

**Jim Eadens**
**Mayor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**United States Bankruptcy Court**
**Western District of Kentucky**

In re   **City of Hillview, Kentucky**

_____
Debtor(s)

Case No. _____
Chapter   **9**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Mayor of the Municipality named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **August 20, 2015**

**/s/ Jim Eadens**
**Jim Eadens/Mayor**
Signer/Title

2-M Tractor & Lawn Equipment
960 South Preston Hwy
Shepherdsville, KY 40165

31-W Insulation
195 Hamilton Court
Louisville, KY 40229

Active911, Inc.
517 N. 19th Street
Philomath, OR 97370

Advance Auto Parts-AAP Financial
P.O. Box 742063
Atlanta, GA 30374-2063

AFLAC
Attn: Remittance Processing
1932 Wynnton Road
Columbus, GA 31999

AlcoPro, Inc.
PO Box 10954
Knoxville, TN 37939

Allied-Central Distributing
11600 Commonwealth Drive
Louisville, KY 40299

American Legal Publishing
One West Fourth Street, 3rd
Cincinnati, OH 45202

American Tire Distributors
P.O. Box 889
Huntersville, NC 28070-0889

American Valor Uniforms
PO Box 1855
Shepherdsville, KY 40165

Amsterdam Printing & Litho
PO Box 580
Amsterdam, NY 12010

Anthem Dental
PO Box 202837
Department 83717
Dallas, TX 75320

AutoZone, Inc.
P.O. Box 116067
Atlanta, GA 30368

B&J Two-Way Service
9801 East Avenue
Louisville, KY 40272

Best Stamp & Seal Company
631 West Main Street
Louisville, KY 40202

Big O Tires (Hillview)
1801 Allanwood Road
Louisville, KY 40214

Blair Technology
4314 Boron Drive
Suite D
Covington, KY 41051

Bluegrass Sportswear
2529 Data Drive
Louisville, KY 40299

Bluegrass Uniforms, Inc.
132 Chester Court
Bowling Green, KY 42103

BNY Mellon
Attn: Pooled Financed Group
10161 Centurion Parkway N.
Jacksonville, FL 32256

Botach Tactical
3423 West 43rd Place
Los Angeles, CA 90008

Brad Armstrong Land Surveying, Inc.
5870 South Preston Highway
Lebanon Junction, KY 40150

Brian H. Meldrum,
Cassandra L. Wiemken
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Bruce Johnson
Bullitt County P.V.A.
PO Box 681
Shepherdsville, KY 40165

Buckman Farris & Rakes, P.S.C.
P.O. Box 460
193 S. Buckman
Shepherdsville, KY 40165

Bullitt County Belting And Supply
170 Jim Court
Louisville, KY 40229

Bullitt County Septic
204-D Old Ford Road
Shepherdsville, KY 40165

Bumper To Bumper #05
PO Box 2936
Louisville, KY 40201

CED Consolidated Electrical
2710 Holloway Rd., Suite #8
Louisville, KY 40229

Champion Machine Inc.
265 Arnold Dr.
Shepherdsville, KY 40165

Chief Supply Corporation
PO Box 602763
Charlotte, NC 28260-2763

CMS Uniforms, Inc
626 W. Broadway
Louisville, KY 40202

Colonial Life
P.O. Box 903
Columbia, SC 29202-0903

Commonwealth Dodge
6408 Preston Hwy
Louisville, KY 40219

Concrete Coring & Cutting
471 Roberts Avenue
Louisville, KY 40214

Cottrell Farm Equipment, Inc.
6970 Shelbyville Road
Simpsonville, KY 40067

Creative Product Source, Inc.
2686 Kirby Whitten Road
Suite 110
Memphis, TN 38133

Creative Product Sourcing, Inc.
3130 Wilshire Blvd. #555
Santa Monica, CA 90403

Division of Child Support
P. O. Box 14059
Lexington, KY 40512

Do Stop Hardware
3397 Coral Ridge Road
Brooks, KY 40109

Doors, Etc
P.O. Box 497
Brooks, KY 40109

Dr. Pepper Snapple Group
PO Box 504547
Saint Louis, MO 63150

Duplicator Sales & Service, Inc.
831 East Broadway
Louisville, KY 40204

Engineered Industrial Products
5652 W. 74th St.
Indianapolis, IN 46278

Evident Crime Scene Products
739 Brooks Mill Road
Union Hall, VA 24176-4025

Farm Plan
PO Box 4450
Carol Stream, IL 60197-4450

Federal Publishing
3590 South State Road 7
Suite 28
Hollywood, FL 33023

Ferguson Waterworks
3720 Bishop Ln
Louisville, KY 40218

Ferguson Waterworks
P.O. Box 644054
Pittsburgh, PA 15264-4054

Fire & Specialty
235 Rogers Drive
Shepherdsville, KY 40165

Galls
1340 Russell Cave Road
Lexington, KY 40505

Galls, An Aramark Company
24296 Network Place
Chicago, IL 60673-1224

General Alarm & Security
7002 Linton Court
Louisville, KY 40258

Glaser's Collision Center of Bullitt Co.
177 Rogers Dr.
Shepherdsville, KY 40165

Global Equipment Company
PO Box 905713
Charlotte, NC 28290-5713

Grainger
Dept. 858450281
Palatine, IL 60038

Greenway Shredding & Recycling
2318 Watterson Trail
Louisville, KY 40299

Gulf States Distributors-Montgomery
6000 East Shirley Lane
PO Box 241387
Montgomery, AL 36117

Hall's Embroidery
4270 North Preston Highway
Shepherdsville, KY 40165

Harned Surveying & Engineering
11815 Robindale Road
Louisville, KY 40243

Hawkeye Licensing, LLC
PO Box 655
Crestwood, KY 40014

Henson & Associates, CPA, LLC
2455 Crittenden Drive
Louisville, KY 40217

Henson Investments, LLC
7025 West Hwy 22
Crestwood, KY 40014

Highway Safety & Services
480 Roberts Avenue
Louisville, KY 40214

Hillview FOP Lodge 86
283 Crestwood Lane
Louisville, KY 40229

Holston Gases
368 Terry Blvd.
Louisville, KY 40229

Huber Tire, Inc.
PO Box 365
Jeffersonville, IN 47130

Indiana Salt Supply
915 S. Gore Road
Bloomington, IN 47403

InterAct Public Safety
P.O. Box 671713
Dallas, TX 75267-1713

J. Scott Wantland
P.O. Box 515
Shepherdsville, KY 40165

John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450

John Jones Automotive Group
P.O. Box 100/1735A Gardner Lane
Corydon, IN 47112

Johnstone Supply
PO Box 35275
Louisville, KY 40232-5275

Kandi Adkinson
Office of the Secretary of State
702 Capital Avenue
Frankfort, KY 40601

KEMI
250 West Main Street
Suite 900
Lexington, KY 40507-1724

Kentucky Bond Corporation
380 King's Daughters Drive
Frankfort, KY 40601

Kentucky Deferred Compensation
101 Sea Hero Road
Suite 110
Frankfort, KY 40601

Kentucky League of Cities
PO Box 34108
Lexington, KY 40588

Kentucky League of Cities
PO Box 740041
Louisville, KY 40201-7441

Kentucky League of Cities
c/o Lynda Schwendeman
100 East Vine Street, Suite 800
Lexington, KY 40507

Kentucky League of Cities
PO Box 34128
Lexington, KY 40588-4128

Kentucky League of Cities Funding
Attn: Pooled Finance Unite
6525 West Campus Oval
New Albany, OH 43054

Kentucky League of Cities Trust
PO Box 34128
Lexington, KY 40588

Kentucky League of Cities Trust
PO Box 24
Lexington, KY 40588

Kentucky One Health
1903 W. Hebron Ln
Shepherdsville, KY 40165

Kentucky Retirement Systems
1260 Louisville Road Perimeter
Frankfort, KY 40601

Kentucky State Police
1240 Airport Road
Frankfort, KY 40601

Kentucky State Treasurer
1050 US Highway 127 South
Suite 100
Frankfort, KY 40601

Kentucky State Treasurer
Notary Commissions
PO Box 821
Frankfort, KY 40601

Kentucky State Treasurer
1024 Capital Center Drive
Frankfort, KY 40601

Kentucky State Treasurer
Division of Waste Management
200 Fair Oaks
Frankfort, KY 40601

Kentucky State Treasurer
Office of Alcoholic Beverages
1003 Twilight Trl
Frankfort, KY 40601

Kentucky State Treasurer
105 Sea Hero Road
Suite #1
Frankfort, KY 40601

Kentucky Tank
1029 S. Preston Highway
Shepherdsville, KY 40165

Kevin Mooney Bullitt County Clerk
P.O. Box 6
Shepherdsville, KY 40165

Key-Oil Louisville
7520 Distribution Drive
Louisville, KY 40258

Kiesler Police Supply
2802 Sable Mill Road
Jeffersonville, IN 47130

KIPDA
11520 Commonwealth
Louisville, KY 40299

KIPDA Clerk's Association-C/O
PO Box 163
Eminence, KY 40019-0163

KLC Funding Trust Program
Attn:  Pooled Finance Unit
6525 West Campus Oval, Suite
New Albany, OH 43054

KLC Insurance Agency, Inc.
100 East Vine Street
Lexington, KY 40507

KLC Insurance Services, Inc.
P.O. Box 34128
Lexington, KY 40588-4128

KLC Premium Finance Company
Department 5133
PO Box 740041
Louisville, KY 40201

KLC Trust
P.O. Box 34128
Lexington, KY 40588

KLM Mechanical Service, Inc.
1409 E. Bluelick Road
Shepherdsville, KY 40165

Kustes Hydraulics, Inc.
4623 Pinewood Road
Louisville, KY 40218

Kwik-Set Fasterners
4006 Bishop Lane
Louisville, KY 40218

KY State Treasurer (Deferred)
105 Sea Hero Road
Suite #1
Frankfort, KY 40601

L&W Emergency Equipment, Inc.
332 South Main Street
Lawrenceburg, KY 40342

Lawns-n-More
120 Excalibar Ct.
Mount Washington, KY 40047

Leads Online
6900 Dallas Parkway
Suite 825
Plano, TX 75024

LEd Emergency Lighting Inc.
14 Bond St. #301
Great Neck, NY 11021

Lee & Marshall Insurance, Inc.
143 S. Buckman Street
Shepherdsville, KY 40165

Lemme Law Office
P.O. Box 410
Mount Washington, KY 40047

LexisNexis Risk Data Management
PO Box 7247-6157
Philadelphia, PA 19170-6157

Liberty National Life Insurance Co
PO Box 24889-73124
Oklahoma City, OK 73124-8889

Lose Bros. Wholesale Garden
4530 Popular Level Road
Louisville, KY 40213

Louisville Gas & Electric Company
PO Box 537108
Atlanta, GA 30353-7108

Louisville Water Company
PO Box 324460
Louisville, KY 40232

Lowe's Commercial Services
PO Box 530954
Atlanta, GA 30353-0954

Mago Construction Company
PO Box 669
Bardstown, KY 40004

Maintenance USA
PO Box 2317
Jacksonville, FL 32203

Manning Equipment, LLC
12000 Westport Road
PO Box 23229
Louisville, KY 40223

Masters' Supply, Inc.
PO Box 34337
Louisville, KY 40232

MC Consultant Services
PO Box 19547
Louisville, KY 40259-9547

Media Impact Technologies
9718 Brooks Bend Road
Louisville, KY 40258

Morton Salt, Inc.
123 North Wacker Drive
Chicago, IL 60606-1743

MPC Promotions
4300 Produce Road
Louisville, KY 40218

NAPA Auto Parts
PO Box 409043
Atlanta, GA 30384-9043

Neal & Davis, PLLC
931 Main Street
PO Box 40
Shelbyville, KY 40066-0040

NEVCO, Inc.
PO Box 650
Edwardsville, IL 62025

New Washington State Bank
9409 County Road 403
Charlestown, IN 47111

Nimiok Kentucky Sign Crafter
2505 Technology Dr.
Louisville, KY 40299

Nu-Way Rental & Sales
PO Box 6736
Shepherdsville, KY 40165

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Office of the Attorney General
Jack Conway
700 Capitol Ave., Suite 118
Frankfort, KY 40601

Oldham Chemicals Company
PO Box 18358
Memphis, TN 38181

Options Unlimited
205 Castle Rock Drive
Shepherdsville, KY 40165

Orr Safety
1266 Reliable Parkway
Chicago, IL 60686

PalFeet Truck Equipment Co.
PO Box 5822
Carol Stream, IL 60197-5822

Park Community Federal Credit Union
515 W. Market St. #100
Louisville, KY 40229

Pat Payne Distributors, Inc.
PO Box 99
Brooks, KY 40109

Paul's Fencing
330 Knollwood Circle
Louisville, KY 40229

PBI
2500 East Point Parkway
PO Box 436029
Louisville, KY 40223

PBI Bank Inc.
PO Box 127
Shepherdsville, KY 40165

Petterson Truck Center
PO Box 34547
Louisville, KY 40232

Pioneer News
dba Landmark Comm Newspapers
PO Box 1118
Shelbyville, KY 40066-1118

PNC Bank
PO Box 856177
Louisville, KY 40285

Principal Life Group
PO Box 14513
Des Moines, IA 50306

Qualification Targets Inc.
1145 Clyde Hanson Drive
Hammond, WI 54015

Quality Electric Motor Service, Inc.
8020 Vinecrest Ave.
Louisville, KY 40222

Quality Stone & Ready Mix
3260 Preston Hwy
Shepherdsville, KY 40165

R.E. Michel Company Inc.
One R.E. Michel Drive
Glen Burnie, MD 21060-6495

RC/7UP Bottling
6207 Strawberry Lane
Louisville, KY 40214

RCS Communications
1012 South 6th Street
Louisville, KY 40203

Reach Alert
1603 Stevens Ave.
Suite 201
Louisville, KY 40205

Reid Brothers
3397 D Coral Ridge Road
Brooks, KY 40109

RL Harrison Paving LLC
1000 Commerce Boulevard
Bardstown, KY 40004

Rogers Group Inc.
P.O. Box 102798
Atlanta, GA 30368-2798

Saf-Ti-Co
2400 Millers Lane
Louisville, KY 40216

Safeguard Business Systems
PO Box 88043
Chicago, IL 60680

Salt River Electric Company
PO Box 247
Florence, KY 41022-0247

Sam's Club Direct
PO Box 530930
Atlanta, GA 30353

Showtime Computers
8202 Hwy 44 E.
Mount Washington, KY 40047

Shred-It USA
PO Box 13574
New York, NY 10087-3574

Siegel's Corporation
P.O. Box 984
Evansville, IN 47706

SignWarehouse.com
2614 Texoma Drive
Denison, TX 75020

Sirchie Finger Print Labs, Inc.
100 Hunter Place
Youngsville, NC 27596

Slovin and Associates
8150 Corporate Park Drive
Suite 350
Cincinnati, OH 45242

Southern Communications
2293 Sandersville Road
Lexington, KY 40511

Southern Tool Supply
4580 Poplar Level Road
Louisville, KY 40213

Speedway Super America LLC
PO Box 740587
Cincinnati, OH 45274-0587

Staples
PO Box 689020
Des Moines, IA 50368-9020

Staples Business Advantage
PO Box 83689
Des Moines, IA 50368

Steve Smith
S&S Concrete
1369 Yorkshire Blvd.
Shepherdsville, KY 40165

Stevens Rhodes
1610 Arborview Blvd.
Ann Arbor, MI 48103

Stewart Signs
2201 Cantu Court-Suite 215
Sarasota, FL 34232-6255

Surplus Property
999 Chenault Road
Frankfort, KY 40601

Tammy R. Baker
City Attorney
PO Box 1158
Shepherdsville, KY 40165

Taser International
P.O. Box 29661-2018
Phoenix, AZ 85038-9661

Taylor Battery
1389 Old Preston Hwy N.
Louisville, KY 40229-3217

Technology Plus, Inc.
133 S. English Station Rd
Louisville, KY 40245-3996

TekSupply
1395 John Fitch Boulevard
South Windsor, CT 06074

The Bank of New York Mellon Trust Co
614 West Main Street
Suite 2600
Louisville, KY 40202

The Bank of New York Mellon Trust Co.
614 West Main Street
Suite 2600
Louisville, KY 40202

Time Warner Cable
1015 Olentangy River Road
Columbus, OH 43212

Total Truck Parts
4525 Poplar Level Rd.
Louisville, KY 40213

Town & Country Ford
6015 Preston Hwy
Louisville, KY 40219

Tractor Supply Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Truck America Training, LLC
364 Ferguson Lane
Shepherdsville, KY 40165

UHC
Jamicka Morgan
3803 N. Elm Street
Greensboro, NC 27455

United Healthcare
P.O. Box 1459
Minneapolis, MN 55440-1459

United Systems & Software
P.O. Box 547
205 Ash Street
Benton, KY 42025

United Systems Technology, Inc.
P.O. Box 204814
Dallas, TX 75320-4814

Verizon Wireless
Bankruptcy Administration
500 Technology Drive
Suite 550
Saint Charles, MO 63304

Waste Management of Nashville
P.O. 9001054
Louisville, KY 40290