UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

CITY OF HILLVIEW, KENTUCKY                                    CASE NO. 15-32679

    DEBTOR                                                              CHAPTER 9

**DECLARATION OF JIM EADENS, MAYOR,
IN SUPPORT OF THE CITY OF HILLVIEW'S STATEMENT OF QUALIFICATIONS
PURSUANT TO 11 U.S.C. SECTION 109 (c)**

Comes the affiant and declarant, Jim Eadens, in my capacity as Mayor of the City of Hillview, KY, and after being first duly sworn, deposes and states as follows:

**I.     INTRODUCTION**

1.     My name is Jim Eadens, and I have personal knowledge of the matters stated herein. If called upon to testify, I could and would testify competently to my statements herein. I am over the age of eighteen and a resident of the Commonwealth of Kentucky.

2.     I am the current Mayor of the City of Hillview, Kentucky ("City").

3.     Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, my opinion, my experience, and my knowledge of the City's operations and financial conditions.

4.     On August 20, 2015 (the "Petition Date"), the City filed a voluntary petition for relief with this Court under Chapter 9 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*.

## II.    BACKGROUND AND OVERVIEW OF CITY

5.    The City operates under Kentucky's "Mayor-Council" form of local government. I have served as Mayor since 2003. My duties include supervising the various departments of city government and reporting to the City Council and to the public on the conditions and needs of city government. I preside over City Council meetings. The Council is composed of six members, and I only vote on matters in the event of a tie vote by the Council.

6.    The City of Hillview is a small community located in Bullitt County, Kentucky, near I-65 and Preston Highway, and just south of metro Louisville.

7.    The City's presently annexed property boundaries covers approximately 3.3 square miles. Our current population is approximately 9,000 residents.

8.    The City's annual revenues range from approximately $2.7 million to $3.0 million each fiscal year. Revenues can fluctuate by hundreds of thousands of dollars each year based on local economic factors and other national and state influences too numerous to mention. Cities in Kentucky are required to operate within a balanced budget each year. Cities prepare their estimated budgets at the beginning of their fiscal year, approve them by Council vote, and then complete and review their actual budgets near the end of each fiscal year.

9.    As of 2010, the United States Census Bureau reported that approximately 28% of the City's population is under age 18 and 10% of its population is over age 65. While I lack official numbers, our local population is aging and I believe that we now have a larger percentage of our population over age 65. This aging affects our revenues due to property tax breaks and other employment-related factors.

10. The City shares its northern border with metro Louisville, Jefferson County, Kentucky. Many of our residents commute to and from Louisville each day for work, and some non-residents also commute in to work within the Hillview city limits. Our proximity to metro Louisville, a much larger city and metro area, also impacts many ongoing local issues, including some positives such as our proximity to jobs in Jefferson County, and also some negatives such as safety concerns, crime, drug activity, job market competition, and others.

11. For 2013, the Census Bureau reported that the median annual income for City residents was $61,278 per family, and approximately 65% of City residents age 16 and older were in the labor force. We are a nice, small-town community, with many multi-generational and long-time residents. We are not a wealthy or extravagant community.

12. While the City has been and continues to be committed to operating in a fiscally responsible manner, recent events have rendered the City unable to pay all its debts as they have become due, primarily being the final judgment which is presently due and owing.

### III. EVENTS LEADING TO THE CHAPTER 9 FILING

13. Since 2005, the City has been involved in state trial court and appellate litigation with Truck America Training LLC ("Truck America") regarding a dispute over the sale of 40 acres of raw land located in Bullitt County, Kentucky by the City to Truck America, pursuant to a written "Lease-Purchase Offer" entered into by the City and four individuals in January, 2002. The matter originated in litigation styled *Truck America Training LLC, et al. v. City of Hillview, et al.*, Bullitt Circuit Court, Case No. 05-CI-00374. I was the mayor at the time the litigation started, but was not the mayor at the time the agreement was entered into. I was a member of the City Council at the time the agreement was entered into. I am generally familiar with the factual issues involved in the litigation.

14. A summary judgment was initially entered in favor of the City, but after the Plaintiffs appealed it, it was later reversed and remanded back to the trial court for a jury trial. I attended the multi-day jury trial and was a witness. The local attorney for the Plaintiffs, Scott Wantland, was present during the trial, but the trial was mainly conducted by Andy Beshear with Stites and Harbison. The jury sided with Truck America and the other individual Plaintiffs. My recollection is that the amount of the lost-profits and other damages asserted by the trucking school, because they didn't have access to the raw land, were a big surprise to me at the time, and I didn't understand at the time that the trucking school was even making such a big claim against the City. I thought the lawsuit was about the contract and the dispute over who was getting the property. The City was arguing that the other side had not made their payments as called for in the contract, so that they had no right to the land and no right to enforce the contract without having held up their side of the bargain.

15. The City was represented in the trial by our former city attorney, who had been our city attorney for many years. I am aware that Stites and Harbison, counsel for Truck America and the individuals, has now told our counsel that the City probably has malpractice claims against our former city attorney. We are looking in to that with our current city attorney, Tammy Baker. We were advised to and did pursue appeal of the jury judgment, but we lost on appeal. The City hired additional counsel to work on the appeals, a new city attorney in early 2015, and a lawyer for bankruptcy advice if the worst happened. While the various appeals were pending, we began to think ahead IF the judgment was upheld, but we also didn't want to spend a lot of money planning ahead, because we were also hopeful that the jury judgment would be set aside and reversed. Our appeal counsel was encouraging that it could happen for any number of reasons.

4

16. I found out that the Kentucky Supreme Court had not taken our appeal from our bankruptcy attorney, who found out from attorneys at Stites and Harbison. Once that happened, things began to move very fast. Up until then, we had been in some discussions internally about what to do, but we didn't want to go too far out in the hopes that the judgment might still be set aside, because we have always contested many of the claims of the Plaintiffs. We started working more actively with Ms. DelCotto and Ms. Baker both about planning and trying to come up with different offers that might work for us and also work for Truck America. Our council has been kept informed and actively involved.

17. Once before, Truck America had garnished our bank accounts, which was extremely disruptive, scary, and a real crisis in city operations because of a temporary freeze with our bank, and everyone trying to figure out what was going on. We were very unsure about our ability to pay our employees and other vendors. While our lawyers were assuring us that this was not going to happen again, they also said that Truck America might try again. We were all extremely worried and concerned over any disruption to access to funds, because that could have dire impacts depending on what else was going on at any given time.

18. Given that the amount of the Judgment is so astronomical in relation to the size of our City, we remain very concerned over how we are going to deal with this matter. The Council members and I understand that it is our job to address it, and we do want to do so and get some finality so we can move on. This dispute has been hanging over the leadership of our city for quite some time.

19. I won't go in to all the back and forth, but in my opinion, the City has engaged in extensive settlement negotiations and discussions, through our counsel to their counsel, and with my and the council's involvement, both before and after we learned that the judgment became

final. In fact, some of our council members think we were never going to please them, so we should have filed sooner. I believe that we did everything humanly possible to try to work this out, but we will not commit to something that is too much and that we believe will impair the city too much as far as our obligations to provide care and services to our citizens.

20. I participated in the formal mediation. We were there all day. The mediator did encourage us to try to work it out, and we are well aware that a bankruptcy filing is an expensive and time-consuming process. We could not do what the other side demanded. We still can't do what the other side demands.

21. I was not happy that we had to sign an agreement and wire money to even talk to the other side about settling. We were put in to a very challenging spot because they were threatening to start freezing our assets and money again, and gave us very little time. We had to call one or more emergency council meetings at that time. I came back after hours and during some city flooding to sign the papers. My view was that it was a very "take it or leave it" situation and we could not afford to have our monies frozen for some possible extended time period. We believed that the property was worth much more than we were credited for, and I recalled that their side had some testimony at the trial about the value of the raw land being millions of dollars. We asked for a higher credit against the judgment but that was refused. We did sign the agreement, but I would still say it was under protest. We also had to run around and get title documents in order with the KY League of Cities, who was very cooperative in assisting in that part of it. A true and correct copy of the agreement is attached.

22. We kept talking, but I think neither side was ever sure we were going to meet. The creditor wanted a big lump sum and we were not able to do that. I believe that it was made plain to both sides. After about a month, Truck America filed another lawsuit in Bullitt Circuit

6

Court, with the same judge who oversaw the trial, for what our lawyers have called a writ of mandamus action. I have read their papers and our responses. I am familiar, as a lay person only, with the statements in that case. They filed papers that basically said, over time, the judgment would get up to over $50 million because of interest. Our citizens make less in one year than what they said their interest was accruing in one month. That paper and then follow up offers we got after that basically sealed our fate as to having to file bankruptcy.

23. There is much more detail I could go into. I am advised that Truck America has said that they will be challenging our filing, and will be taking mine and the council members depositions. We will put on whatever evidence we need, because we firmly believe that we must proceed with this bankruptcy as our only way to deal with this and move on.

24. The City generally discussed the possible filing with our only other main creditors, our GO bond contacts through KLC and PBI Bank who has some vehicle loans and one building loan. We have excellent relations with these people. We are fiscally sound and will still be paying these debts as they come due in the ordinary course. A true and correct copy of our current annual budget as voted and approved is attached hereto. We had allocated $100,000 for this year to repayment to Truck America, $25,000 per quarter, but they have never agreed to that.

25. The City is seeking relief under Chapter 9 of the Bankruptcy Code because we have exhausted all other options. Despite our best efforts, we are currently unable to come up with any solution that has been acceptable to the Judgment Creditors.

Further, the Affiant sayeth naught.

/s/ Jim Eadens, Mayor
Jim Eadens, Mayor
City of Hillview, Kentucky

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY | ) |
| | ) |
| COUNTY OF BULLITT | ) |

    The foregoing was acknowledged, subscribed, and sworn to before me on August 28, 2015, by Jim Eadens.

    My commission expires:   9/23/2016

                                        /s/ Karen W. Gathof
                                        Notary Public, State at Large, KY
                                        Notary ID 474693

Z:\Declaration of James Eaden V2 20150827.doc

## PARTIAL SETTLEMENT AND RELEASE

This Agreement is entered into as of April 1, 2015 ("Effective Date") by and between City of Hillview, a Kentucky Municipal Corporation with a principal place of business at 283 Crestwood Lane, Hillview, Kentucky, 40229("Hillview"), and Truck America Training LLC, a Kentucky corporation with a principal place of business at 364 Ferguson Lane, Shepherdsville, Kentucky 40165 ("Truck America") (collectively the "Parties"), in view of the following:

The parties having engaged in litigation styled *Truck America Training LLC et al v City of Hillview et al*, Bullitt County Circuit Court, 05-CI-00374 (the "Litigation"), concerning the purchase of certain real property located in Bullitt County, Kentucky, and more particularly described in the General Warranty Deed attached as **Exhibit A** hereto (the "Property"), and a final judgment having been entered on August 24, 2012 in favor of Truck America and against Hillview (the "Judgment"), which, among other things, awarded damages to Truck America in the amount of $11,435,259.49, plus interest at the statutory rate of 12% per annum; the Judgment having been finally affirmed by the courts of Kentucky; and as of the Effective Date, the balance of the Judgment, including interest, is $15,006,819.99.

The parties now desire to enter into the following partial settlement and release.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.  Truck America will forbear from seeking to enforce its Judgment from the Effective Date until the conclusion of the mediation described below in Paragraph 6 in return for Hillview fulfilling the obligations set forth below.

2.  Contemporaneously herewith, Hillview shall execute and deliver to Truck America the General Warranty Deed attached hereto as Exhibit A, which Truck America may record immediately.

3.  Hillview hereby irrevocably releases Truck America from any and all obligations regarding easement donations, road work, final purchase price and/or any and all other contractual requirements at issue in the Litigation and/or related to the Property.

4.  On March 31, 2015, Hillview transferred the sum of $65,300.00 to counsel to Truck America's counsel. Upon the execution and delivery of this Agreement, such funds may be released to Truck America for application against the balance of the Judgment.

5.  Upon recording the deed described in Paragraph 2, Truck America will credit Hillview as having paid the sum of $815,300 .00 against the Judgment. For avoidance of doubt, upon the recording of the deed, the remaining balance of the Judgment as of the Effective Date will be $14,191,519.99 remains payable in full, and shall continue to accrue post-judgment interest at the statutory rate of 12% per annum.

6.  The parties will conduct a one-day, in-person mediation to take place during the week of April 20, 2015 supervised by Judge Steven Rhodes. The mediation will be attended by Truck America, the Mayor of Hillview, and at least 1 active Hillview City Council member, in addition to whichever other representatives Hillview chooses. Hillview will provide copies of its 2014 financials and its 2015 budget to the mediator and Truck America at least 48 hours before conducting the mediation.

7. Each party agrees to execute and file all documents, and to take all further actions, as may be reasonably requested by the other party to effect the intent of this Agreement. Each party shall be solely responsible for its own attorney's fees and other expenses incurred in connection with all filings and other actions that have occurred to date and in connection with the preparation, review and execution of any documents or the taking of any actions in connection with effecting the intent of this Agreement in the future.

8. This Agreement may be executed in one or more counterparts and each such counterpart shall be deemed an original as to the party to be charged therewith. Fax or .pdf counterparts shall be accepted as originals.

9. The rights and obligations of the Parties under this Agreement shall inure to the benefit of and be binding upon the Parties' respective administrators, successors and assigns. Each person who executes this Agreement on behalf of a party represents that he or she has the authority of the party to do so. This Agreement sets forth the full agreement of the Parties relating to the subject matter of this Agreement. Any amendments or supplements to this Agreement must be in writing and signed by both parties.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the Effective Date.

**CITY OF HILLVIEW**

By: _[signature]_
Jim Eadens
Mayor, City of Hillview

**TRUCK AMERICA TRAINING LLC**

By: _[signature]_
DEBBY MOBLEY
SECRETARY

1022975:2:LOUISVILLE    2

ORDINANCE NO. 2015-03

AN ORDINANCE ADOPTING THE CITY OF HILLVIEW, BULLITT COUNTY, KENTUCKY ANNUAL BUDGET FOR THE FISCAL YEAR JULY 1, 2015 THROUGH JUNE 30, 2016.

WHEREAS, an annual budget proposal and message has been prepared and delivered to the City Council, and

WHEREAS, the City Council has reviewed such proposal and made the necessary modifications, now, therefore;

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF HILLVIEW, as follows:

SECTION ONE: The annual budget for the fiscal year beginning July 1, 2015, and ending June 30, 2016, is hereby readopted as follows:

| RESOURCES AVAILABLE | GENERAL FUND | LGEA FUND | MA FUND |
|---|---|---|---|
| FUND BALANCE CARRIED FORWARD FROM FISCAL YEAR 2014-2015 | $133,088.00 | $38,758.00 | $160,068.00 |

ESTIMATED REVENUES:

| | |
|---|---|
| Accident copy fees | 1500.00 |
| Animal control fees | 150.00 |
| Code/parking violation fees | 8000.00 |
| Waste hauler franchise fees | 500.00 |
| Sign permit fees | 3600.00 |
| Business license fees | 16,000.00 |
| Beer license fees | 6000.00 |
| Liquor license fees | 2000.00 |
| Building permits | 7600.00 |
| Bank deposit franchise fees | 23,788.00 |
| Telecommunications franchise fees | 40,000.00 |
| Insurance premium tax | 330,000.00 |
| Occupational tax | 1,500,000.00 |
| Real property tax – current | 725,350.00 |
| Real property tax – delinquent | 7000.00 |
| Law enforcement citation fees | 12,000.00 |
| Litter abatement grant | 3990.00 |
| Restricted KLEFPF funds | 50,759.00 |
| Tangible personal/public service property tax | 49,000.00 |

| | | | |
|---|---:|---:|---:|
| Motor vehicle/boat property tax | 70,000.00 | | |
| Intergovernmental transfer | | 10,886.00 | 196,107.00 |
| Interest | 350.00 | 45.00 | 1250.00 |
| Recreation department income | 75,000.00 | | |
| Surplus equipment sales | 4500.00 | | |
| Finger printing fees | 350.00 | | |
| Restitution | 100.00 | | |
| Forfeitures | 10,000.00 | | |
| St. Mary rental property | 14,750.00 | | |
| Clean up liens | 2000.00 | | |
| Tourism grant | 500.00 | | |
| Calendar | 500.00 | | |
| Tire disposal | 50.00 | | |
| DFW Refund Workers Comp Insurance | 3500.00 | | |
| Warrant Serving | 2000.00 | | |
| KY Highway Safety Grant | 23,169.00 | | |
| FEMA Grant | 30,000.00 | | |
| Fox Chase Snow Removal | 2500.00 | | |
| | | | |
| **TOTAL ESTIMATED REVENUES** | $3,026,506.00 | $10,931.00 | $197,357.00 |
| | | | |
| **TOTAL RESOURCES AVAILABLE FOR APPROPRIATIONS** | $3,159,594.00 | $49,688.00 | $357,425.00 |
| | | | |
| **APPROPRIATIONS:** | | | |
| | | | |
| Administration | 988,070.00 | | |
| ABC | 1394.00 | | |
| CERS | 5050.00 | | |
| Police | 1,334,959.00 | 22,000.00 | |
| Public Works | 527,144.00 | | 220,000.00 |
| Wastewater Treatment Facility | 132,450.00 | | |
| Health & Safety | 17,754.00 | | |
| Recreation | 140,372.00 | | |
| | | | |
| **TOTAL APPROPRIATIONS** | $3,147,193.00 | $22,000.00 | $220,000.00 |
| | | | |
| **EXCESS OF RESOURCES OVER OR UNDER APPROPRIATIONS** | $12,401.00 | $27,688.00 | $137,425.00 |
| | | | |
| **ESTIMATED FUND BALANCE TO BE CARRIED FORWARD TO FISCAL YEAR 2016-2017** | $12,401.00 | $27,688.00 | $137,425.00 |

SECTION TWO: This Ordinance shall take effect upon publication.

SECTION THREE: This Ordinance shall be published according to law.

SECTION FOUR: All Ordinances or parts of ordinances in conflict with this Ordinance or any part of this Ordinance are repealed.

SECTION FIVE: Should any section, clause, line, paragraph, or part of this Ordinance be held unconstitutional or invalid for any reason, the same shall not affect the remainder of this Ordinance.

Given first reading at a regular meeting of the City Council of the City of Hillview, Bullitt County, Kentucky, on the 18th day of May, 2015.

Given second reading, voted upon and passed at a regular meeting of the City Council of the City of Hillview, Bullitt County, Kentucky, on the 15th day of June, 2015.

Votes for: 6    Votes against: 0    Not voting: 0

_____
JIM EADENS, MAYOR

ATTESTED BY:

_____
KAREN GATHOF, CITY CLERK

APPROVED AS TO FORM AND LEGAITY BY:

_____
TAMMY R. BAKER, CITY ATTORNEY

## APPROPRIATIONS

### ADMINISTRATION

| | |
|---|---:|
| Salaries-Mayor | $45,625.00 |
| Salaries-Ethics Board | 600.00 |
| Administrative fees-payroll fees | 2900.00 |
| Salaries-City Clerk | 48,277.00 |
| Salaries-Deputy Clerk | 33,946.00 |
| Salaries-PT Deputy Clerk | 1500.00 |
| Salaries-City Council | 32,400.00 |
| Salaries-City Attorney | 15,000.00 |
| Publications, Bids, & Notices | 7000.00 |
| Dues & Subscriptions | 6155.00 |
| Security Monitoring System Fees | 1000.00 |
| Equipment-New Purchase | 2000.00 |
| Equipment Maintenance | 1500.00 |
| Uniforms | 100.00 |
| Public Relations/Business Meetings | 4000.00 |
| Insurance | 15,000.00 |
| Vehicle Licensing | 66.00 |
| Insurance Deductible | 2500.00 |
| Health & Vision Insurance | 14,911.00 |
| Life Insurance | 274.00 |
| Auto Repair & Maintenance | 500.00 |
| Gas & Oil | 250.00 |
| Building & Grounds | 20,000.00 |
| Building Improvements | 5000.00 |
| Miscellaneous | 100.00 |
| FICA & Medicare ER Match | 13,521.00 |
| General Office Supplies | 3500.00 |
| Postage | 3500.00 |
| Professional Services | 145,000.00 |
| Audit-Accounting Expenses | 14,000.00 |
| Legal | 300,000.00 |
| Ordinance Codification | 1500.00 |
| PVA (Tax Roll Purchase) | 32,000.00 |
| Retirement Expense | 14,948.00 |
| Telephone, Communications and DSL | 7000.00 |
| Printing Fees | 550.00 |
| Technical Support Fees | 12,000.00 |
| Training and Education | 3000.00 |
| Bank Service Charges | 25.00 |
| Returned Check Fees | 30.00 |
| Gas & Electric | 7500.00 |
| Water & Sewer | 865.00 |
| Bullitt County Economic Development | 5000.00 |

| | |
|---|---|
| St. Mary/Ferguson Lane Finance | 161,394.00 |
| DFWP Random Drug Screens | 1650.00 |
| EAP DFWP | 483.00 |
| | **TOTAL: $988,070.00** |

### ABC OFFICER

| | |
|---|---|
| Salary | $1200.00 |
| FICA & Medicare ER Match | 92.00 |
| Insurance | 102.00 |
| | **TOTAL: $1394.00** |

### CERS

| | |
|---|---|
| Equipment | $1000.00 |
| Equipment Expense | 100.00 |
| Insurance | 2600.00 |
| Auto Repair & Maintenance | 500.00 |
| Gas & Oil | 250.00 |
| Miscellaneous | 500.00 |
| General Office Supplies | 100.00 |
| | **TOTAL: $5050.00** |

### POLICE DEPARTMENT

| | |
|---|---|
| Salaries | $678,852.00 |
| KLEFPF | 47,677.00 |
| Civil Service Board | 850.00 |
| Code Enforcement Board | 100.00 |
| Debt Retirement Police Cars | 29,952.00 |
| Dues & Subscriptions | 6435.00 |
| Security Monitoring Fee | 150.00 |
| Equipment (New) | 22,542.00 |
| Equipment Maintenance | 1000.00 |
| Uniforms | 19,000.00 |
| Public Relations/Business Meeting | 500.00 |
| Insurance | 72,000.00 |
| Health & Vision Insurance | 68,213.00 |
| Insurance Deductible | 5000.00 |
| Legal Non-salaried Expenses | 2000.00 |
| Life Insurance | 1828.00 |
| Auto Repair Maintenance | 14,200.00 |
| Gas & Oil | 50,000.00 |
| Vehicle License | 50.00 |
| Building & Ground Maintenance | Combine with figure below |
| Building Improvements | 3500.00 |
| Miscellaneous Expense | 100.00 |
| FICA & Medicare ER Match | 55,580.00 |
| General Office Supplies | 4000.00 |

| | | |
|---|---:|---:|
| Postage | | 610.00 |
| Covert Investigations | | 100.00 |
| Retirement Expense | | 184,985.00 |
| Telephone, Communications, & DSL | | 5200.00 |
| Physicians Fees | | 100.00 |
| Printing Fees | | 725.00 |
| Training & Education | | 9000.00 |
| Gas & Electric | | 7800.00 |
| New Vehicle Purchase | 42,000.00 | LGEA 22,000.00 |
| Water & Sewer | | 725.00 |
| Fuel Surcharges | | 15.00 |
| Bids & Notices | | 170.00 |
| | **TOTAL:** | **$1,334,959.00** |
| | **Total LGEA:** | **$22,000.00** |

## PUBLIC WORKS

| | | |
|---|---:|---:|
| Salaries | | $204,425.00 |
| Abandoned Property Maintenance | | 500.00 |
| Security Monitoring Fees | | 190.00 |
| Equipment (New Purchase) | | 35,000.00 |
| Equipment Maintenance | | 10,000.00 |
| Uniforms | | 2500.00 |
| Insurance | | 21,000.00 |
| Health & Vision Insurance | | 45,029.00 |
| Life Insurance | | 683.00 |
| Auto Repair Maintenance | | 5000.00 |
| Gas & Oil | | 10,500.00 |
| Buildings & Grounds, Maintenance | | 1000.00 |
| Building Improvements | | 2500.00 |
| Chemicals/Salt | 10,000.00 | MA 10,000.00 |
| Stormwater Runoff | | 15,000.00 |
| Drains & Easements | | MA 60,000.00 |
| Street Signs | | 4250.00 |
| Street Paving | | MA 150,000.00 |
| Sidewalk Maintenance | | 4000.00 |
| FICA & Medicare ER Match | | 15,639.00 |
| General Office Supplies | | 300.00 |
| Postage | | 50.00 |
| Contract Labor | | 2000.00 |
| Retirement Expense | | 34,875.00 |
| Telephone, Communication, & DSL | | 2300.00 |
| Physician Fees | | 125.00 |
| Training & Education | | 325.00 |
| Gas & Electric | | 5200.00 |
| Water & Sewer | | 325.00 |
| Waste Management | | 9250.00 |

| | |
|---|---:|
| Street Lights | 85,000.00 |
| Fuel Surcharge | 50.00 |
| Vehicle | 3.00 |
| Printing Fees | 25.00 |
| Public Relations | 100.00 |
| **TOTAL:** | **$527,144.00** |
| **TOTAL MA:** | **$220,000.00** |

### WASTE WATER TREATMENT

| | |
|---|---:|
| Debt Retirement | $128,250.00 |
| Insurance | 4200.00 |
| **TOTAL:** | **$132,450.00** |

### HEALTH & SAFETY

| | |
|---|---:|
| Salary-PT Janitor | $12,640.00 |
| Insurance | 325.00 |
| Pest & Vermin | 550.00 |
| Cleaning Supplies | 2322.00 |
| Animal Control Serum | 75.00 |
| Pet Food | 100.00 |
| Animal Control Equipment | 200.00 |
| Miscellaneous | 25.00 |
| FICA & Medicare ER Match | 967.00 |
| Equipment | 500.00 |
| Building & Grounds | 50.00 |
| **TOTAL:** | **$17,754.00** |

### RECREATION

| | |
|---|---:|
| Salaries | $41,924.00 |
| Dues & Subscriptions | 390.00 |
| Equipment (New Purchase) | 6000.00 |
| Public Relations/Business Meetings | 4000.00 |
| Debt Retirement Police Building | 3624.00 |
| Insurance | 7000.00 |
| Health & Vision Insurance | 8025.00 |
| Life Insurance | 137.00 |
| Buildings & Grounds Maintenance | 5500.00 |
| Building Improvements | 1000.00 |
| Miscellaneous Expense | 150.00 |
| FICA & Medicare ER Match | 3208.00 |
| General Office Supplies | 1000.00 |
| Concession/Vending Supplies | 18,500.00 |
| Contract Labor | 2400.00 |
| Retirement Expense | 6299.00 |
| Telephone, Communications, & DSL | 1750.00 |
| Printing Fees | 25.00 |

| | |
|---|---:|
| Gas & Electric | 22,000.00 |
| Water & Sewer | 2500.00 |
| Postage | 100.00 |
| Fuel Surcharges | 15.00 |
| Bids & Notices | 1200.00 |
| Uniforms | 40.00 |
| Equipment Maintenance | 3500.00 |
| Cleaning Supplies | 25.00 |
| Returned Check Fee | 60.00 |

**TOTAL: $140,372.00**