## Hillview Neighborhood Watch and Happenings's Photos

Back to Album     Previous · Next

### PRESS RELEASE

The City of Hillview is facing a civil judgment that currently totals more than $15 million and that is growing in interest by $3759.54 every day. The City just does not have the means to pay this judgment. The City has been diligent in its efforts to reach a settlement agreement, but at this time, said attempts have been fruitless. As it has become clear that settlement is not possible, the only option the City has at its disposal is to file a petition to restructure its debts pursuant to Chapter 9, Title 11 of the U.S. Bankruptcy Code. This decision was not made lightly, and in fact, has been agonized over by the Mayor and Council members. Please remember, they live in Hillview too and this is not what they envisioned for their city; but, in light of failed negotiations, this has become the only responsible action that can be taken.

The purpose of a city is to provide for the health, safety, and welfare of its citizens; and that is what the City of Hillview has been doing and will continue to do. The people of Hillview should not, and will not, be made to suffer a loss of services due to this filing. A city exists to serve its citizens and for no other reason. The City's goal in filing this petition is to develop a reasonable plan by which the City may pay this judgment while also, and more importantly, serving its citizens and ensuring that Hillview is a great place to live and raise a family. The City's proximity to I-65 and the Louisville International Airport will not change, therefore, in addition to being a great place to live, Hillview will remain a great place to grow industry.

The City must be allowed to function and serve its people; the filing of this petition will not change that. There will be no interruption of services. The City will continue to function as it currently does while also working to develop a plan to pay this judgment. Any questions regarding this filing and what it may mean for residents may be directed to City Attorney Tammy Baker at (502) 543-1883.

Like   Comment     Tag Photo


**Hillview Neighborhood Watch and Happenings**
This is the Press Release for how our city is trying to resolve the debt incurred by the civil judgment from the truck training school.
Here's a link to the original story:
https://l.facebook.com/l.php?u=http%3A%2F%2Fwww.wdrb.com%2Fstory%2F19354662%2Ftruck-driver-training-school-awarded-114-million-judgment&h=XAQEg8sFo

Like · Comment · Share · August 19 · Edited

14 people like this.     Most Recent

35 shares

 **Scott McGarry** Darrell Collins
Like · Reply · August 19 at 8:17am

 **Scott McGarry** Michelle Ochs Martha Corbin
Like · Reply · August 19 at 8:18am

 **Kelley Doby** David Boggs
Like · Reply · 1 · August 19 at 8:43am

 **Kelley Doby** Leslie Welscher Davis
Neil Davis
Christy Boggs... See More
Like · Reply · August 19 at 8:44am



**Kyle Robinson** Hey what is the truck training school and what dose that got to do with owing 15 million dollars

Like · Reply · August 19 at 8:57am

 **Hillview Neighborhood Watch and Happenings** Heres a link to the story: https://l.facebook.com/l.php...



Truck-driver training school awarded $11.4 million judgment

WDRB.COM | BY LAWRENCE SMITH

Like · Reply · August 19 at 9:28am

 **Philip J. Shufeldt Sr** The subject of this article should be, "....... civil judgment caused by incompetent elected city officials!"

Like · Reply · 10 · August 19 at 8:59am

1 Reply

 **Courtney Schweizer** http://www.wdrb.com/.../truck-driver-training-school...Here is the orginal story and Judgement.

Like · Reply · August 19 at 9:03am

 **Hillview Neighborhood Watch and Happenings** Thank you Courtney for the link.

Like · Reply · 1 · August 19 at 9:27am

 **Scott Thieman** Sounds like they are buying some time to still turn around and raise our taxes through the roof. Maybe the people of Hillview should be allowed to make the decision to disolve the city government and just be absorded into the county and just pay normal taxes.

Like · Reply · 10 · August 19 at 10:09am

 **Michael Simpkins** If the mayor was not crooked and greedy, we would not be in this situation!

Like · Reply · 1 · August 19 at 10:29am

View previous replies

 **Hillview Neighborhood Watch and Happenings** I don't believe he is crooked either Theresa, I think it was a bad choise in this matter but don't believe he is crooked.

Like · Reply · August 20 at 8:04am

View more replies

 **Michael Simpkins** The mayor and his cronies should have to foot the bill out of their own pocket!

Like · Reply · 1 · August 19 at 10:30am

 **Hillview Neighborhood Watch and Happenings** I understand your frustrations, because it is upsetting but please keep your comments on the lighter side. Please re-read,,, in order to save the cost of $3,759.54 a day this is the only resolution that can be taken. I don't think anyone is happy about this situation but at least this option can help, because there is no way the city has the money to pay.

Like · Reply · 2 · August 19 at 11:25am · Edited

View previous replies

 **Hillview Neighborhood Watch and Happenings** I don't believe it is the same mayor we have now, that was in office when this took place. The mayor we have now was probably on the council at the

time.
Like · Reply · August 19 at 11:46am

View more replies


**Nina Hall** Is this the problem that occured with the mayor before the mayor we have now?
Like · Reply · August 19 at 11:24am


**Hillview Neighborhood Watch and Happenings** I don't believe it is the same mayor we have now, that was in office when this took place. The mayor we have now was probably on the council at the time.
Like · Reply · August 19 at 11:46am

View more replies


**Karen Johnson** Thanks, Mona! We really didn't have any other option. I think we did what is best for our city including our own families.
The Hillview City Council has their regular monthly business meeting the third Monday of each month at 6:30. The residents are not only welcome but are encouraged to attend.
We did have the first reading on next years tax rates at Monday nights meeting, the second reading and vote will be during our next meeting on Monday, September 21st. You should contact the council folks before then to express any concerns. But I know that I will not be voting to increase any of our tax revenues!
I appreciate being elected to serve on the Hillview City Council and take my job seriously - feel free to contact me at any time with any concerns!
Like · Reply · 3 · August 19 at 11:38am


**Karen Johnson**http://m.pioneernews.net/pione.../db/323652/content/mFSOiN1s
Like · Reply · 1 · August 19 at 12:05pm


**Jennifer Ready Salgado** ThAnks Karen Johnson!
Like · Reply · August 19 at 1:15pm


Write a reply...


**Michael Simpkins** Same mayor
Like · Reply · August 19 at 11:39am


**Gary Phelps** All residents of Hillview will see hefty spikes in taxes
Like · Reply · 1 · August 19 at 11:55am


**Lisa Saunders** I think the person who commented that the city should be dissolved is ON TARGET. Why not? Why do we need Hillview to be its own city??? Arent there enough small cities around here already? I vote to become part of Bullitt County... Shepherdsville.
Like · Reply · 5 · August 19 at 12:19pm


**Lisa Saunders** County and state taxpayers aren't on the hook for a bankrupt municipality's debts. But in dire cases, it's possible for a city to dissolve.

"When that happens, the burden of providing services falls to the county, and in some areas, the state may have to pick up the slack," Adams says. "So, it's possible that those costs may be passed on indirectly to taxpayers elsewhere."
Like · Reply · August 19 at 12:24pm


**Paul Brown** Stephen Klutey Jonathan Thorpe Increased taxes, lower property values ahead.
Like · Reply · 1 · August 19 at 12:49pm



**Suzie Wick** follow this link. http://caselaw.findlaw.com/ky-court-of-appeals/1659609.html

> **FindLaw's Court of Appeals of Kentucky case and opinions.**
>
> FindLaw's searchable database of Court of Appeals of Kentucky decisions since
>
> CASELAW.FINDLAW.COM

Like · Reply · 1 · August 19 at 1:03pm

 **Hillview Neighborhood Watch and Happenings** Looks to me it says new administration was in office at the time the contract was broken. What do you think?
Like · Reply · August 19 at 1:06pm

View more replies

 **Eric Gray** I see a lot of houses going up for sale!
Like · Reply · 2 · August 19 at 1:03pm

1 Reply

 **Jason Cox** It is ridiculous this case has been going on for 10 years now and Hillview has made no attempt to prepare to pay this debt...that is completely and absolutely all on Hillview government
Like · Reply · 2 · August 19 at 1:20pm

 **Lisa Saunders** I would like to know what services I get as a Hillview resident that I couldn't get if the city dissolved? They are collecting taxes from SO many businesses and homeowners but yet to see how it has helped me as an individual family unit living in Hillview. Anyone else have this concern/question?
Like · Reply · August 19 at 1:33pm

View previous replies

 **Hillview Neighborhood Watch and Happenings** contracted garbage pick up, notary service. our own police force, which are an asset for quicker response. I'm sure there are more, that I can't think of right off the top of my head.
Like · Reply · August 19 at 3:50pm

View more replies

 **Eric Gray** Do we have access to the city's spending and budget?
Like · Reply · August 19 at 2:53pm

View previous replies

 **Hillview Neighborhood Watch and Happenings** I'm sure if you requested it, it is possible to get. You would have to go to the Gov. Center and ask of it.
Like · Reply · August 19 at 3:55pm

View more replies

 **Hillview Neighborhood Watch and Happenings** You all have great questions and concerns. Please try and make the City Council Meeting on Sept. 21st at 6:30 pm located at the Gov. Center on Crestwood Ln. if you get there a little late, you can still go in. Find out what is going on in your City first hand and have a voice in it as well.
Like · Reply · August 19 at 3:25pm



**Michelle Proctor** I refuse to pay higher taxes for their ignorance....i will move first!
Like · Reply · 3 · August 19 at 6:20pm



**Daniel Murphy** can someone please tell me what all this is about I am confused
Like · Reply · August 19 at 10:13pm



**Hillview Neighborhood Watch and Happenings** If you go to the posting, you will see a link that does that.
Like · Reply · August 19 at 10:15pm



**Jason Cox** Pam Mobley Hillerich
Like · Reply · August 20 at 2:17pm



**Lisa Ann Logsdon** How is the bankruptcy of Hillview going to affect us Residents?
Like · Reply · 1 · August 20 at 7:04pm



**Christopher Green** If you leave garbage cans by the road hillview will fine you. The way I see it hillview doesn't pay their bills why should we pay the fines! Jmo
Like · Reply · 1 · August 21 at 8:38am



**Tracy Lynn Mudd** Thank goodness we got those new chargers!!!!
Like · Reply · 1 · August 21 at 10:21pm