IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| In re: | Case No. 15-32679 |
|---|---|
| CITY OF HILLVIEW, KENTUCKY, | |
| DEBTOR. | CHAPTER 9 |

ORDER

THIS MATTER coming before the Court on the Expedited Joint Notice of Settlement and Motion to Modify the Automatic Stay to Effectuate Settlement (the "Motion") filed by Truck America Training, LLC ("Truck America") and the City of Hillview, Kentucky (the "City"), the Court having jurisdiction over the subject matter hereof and the parties hereto; cause being shown for the relief sought in the Motion;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. For cause, the automatic stay of 11 U.S.C. § 362 is modified solely to the extent necessary to enable the parties to seek entry of the State Court Agreed Order by the State Court.

3. For cause, the stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived and this Order is enforceable immediately upon entry.

Alan C. Stout
United States Bankruptcy Judge

Dated: March 31, 2016

**TENDERED JOINTLY BY:**

| | |
|---|---|
| For the City of Hillview, Kentucky: | For Truck America Training, LLC: |
| By: */s/ Laura Day DelCotto* | By: */s/ Brian H. Meldrum* |
| Laura Day DelCotto, Esq. | Brian H. Meldrum (bmeldrum@stites.com) |
| Jamie L. Harris, Esq. | Katrina L. Miller (kmiller@stites.com) |
| 200 North Upper Street | Brian R. Pollock (bpollock@stites.com) |
| Lexington, KY 40507 | STITES & HARBISON, PLLC |
| Telephone: (859) 231-5800 | 400 West Market Street, Suite 1800 |
| Facsimile: (859) 281-1179 | Louisville, KY 40202 |
| ldelcotto@dlgfirm.com | Telephone: (502) 587-3400 |
| jharris@dlgfirm.com | |